NO. 07-01-0229-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 2, 2001

_____

ELMER EDSON HAYES, AKA EDDIE HAYES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 43.619-E; HONORABLE ABE LOPEZ, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

**DISMISSAL**

Pursuant to a guilty plea and plea bargain, appellant was convicted for reckless injury to a child causing serious bodily injury and punishment was assessed as recommended at ten years confinement. Appellant filed a *pro se* general notice of appeal from his conviction. We dismiss this appeal for want of jurisdiction.

When an appeal is made from a judgment rendered on a defendant's guilty plea and the punishment assessed does not exceed the punishment recommended by the State, a notice of appeal must comply with Rule 25.2(b)(3) of the Texas Rules of Appellate Procedure. Moreover, the Texas Court of Criminal Appeals held in Cooper v. State, 45 S.W.3d 77, 83 (Tex.Cr.App. 2001) that voluntariness of a plea is no longer appealable from plea-bargained felony convictions. Thus, because appellant filed a general notice of appeal, we are without jurisdiction to entertain any possible complaints appellant might have raised.

Accordingly, we dismiss for want of jurisdiction.

Don H. Reavis
Justice

Do not publish.